# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY,<br>   Plaintiff,<br><br>   v.<br><br>ISEL BROWN,<br>   Defendant. | CV 18-8183 DSF-E<br><br>JUDGMENT |

  The Court having granted a motion for default judgment,

  IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff against Defendant in the amount of $305,820.23, (monetary damages of $243,507.42 plus prejudgment interest of $62,312.81) and that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: January 28, 2019

*Dale S. Fischer* (signature)

Dale S. Fischer
United States District Judge